**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-00227-CMA-MEH

JAMES R. DUCION,

    Plaintiff,

v.

STAVE HARTLEY, Warden Limon Correctional Facility, and,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

**ORDER ADOPTING AND AFFIRMING FEBRUARY 15, 2008 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the recommendation by the Magistrate Judge that Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc. # 3) be dismissed with prejudice.

Plaintiff has objected to this recommendation. In light of the objections, the Court has conducted the requisite *de novo* review of the issues, the recommendation and Petitioner's objections. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analyses and recommendation is correct. Accordingly,

IT IS ORDERED that the Recommendation of United States Magistrate Judge (Doc. # 22) is ACCEPTED and, for the reasons cited therein, Petitioner's Application for a Writ of Habeas Corpus (Doc. # 3) is DISMISSED WITH PREJUDICE.

DATED: December  8 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge